# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163225(63)

SYRJA LEKLI,

      Plaintiff-Appellant,

v

SC: 163225
COA: 350942
Macomb CC: 2017-004762-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN, FARM BUREAU
GENERAL INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY,
PERGJONI TRANSPORT, LLC, MICHIGAN
AUTOMOBILE INSURANCE PLACEMENT
FACILITY,

      Defendants-Appellees,

and

B&W CARTAGE COMPANY, INC.,

      Defendant.

_____/

      On order of the Chief Justice, the motion of defendant-appellee Farm Bureau Mutual Insurance Company of Michigan to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 5, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021



Clerk